UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
JUAN F. GONZALEZ EVANGELISTA,                :
                                             :
                                             :   **ORDER**
    Plaintiff,                               :
            -against-                        :   20 Civ. 8758 (AKH)
                                             :
THOMAS DECKER, Director, New York Field      :
Office of U.S. Immigrations and Customs      :
Enforcement, et al.                          :
                                             :
    Defendants.                              :
--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

        The above-named petitioner has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Upon review of that petition, the government is ordered to submit an answer or other pleading to the petition within 30 days of the date of this Order, along with all transcripts, including sentencing minutes, trial court decisions, appellate decisions, and all briefs in the trial and appellate courts directly relevant to the matters raised in the petition.

        The Clerk of the Court shall serve, by certified mail, return receipt requested, a copy of this Order and the underlying petition upon the respondent.  The Clerk of the Court shall also serve, by certified mail, return receipt requested, a copy of this Order upon the petitioner.

        The petitioner shall have 20 days from the date on which he receives respondents' answer to file a response thereto.  The petition will be considered fully submitted as of that date.

        SO ORDERED.

Dated:    October 23, 2020
           New York, New York

                                                    _____/s/_____
                                                    ALVIN K. HELLERSTEIN, U.S.D.J.