# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JUAN F. GONZALEZ EVANGELISTA,

                    Plaintiff,                    20 **CIVIL** 8758 (AKH)

       -against-                        **JUDGMENT**

THOMAS DECKER, Director, New York Field
Office of U.S. Immigrations and Customs Enforcement,
et al.

                    Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 12, 2021, Petitioner's habeas petition is granted; Petitioner must be freed unless, within seven days of this order, Petitioner is found by clear and convincing evidence, proved by the Government to an Immigration Judge, that Petitioner poses a risk of flight or danger to the community. The previously issued injunction, ECF No. 17, shall remain in effect for seven days, or until the determination of an Immigration Judge at such a hearing, whichever is earlier.

**DATED:** New York, New York
             January 12, 2021

                                                                   **RUBY J. KRAJICK**
                                                                   _____
                                                                     **Clerk of Court**
                                                   **BY:**
                                                                       _____
                                                                      **Deputy Clerk**